IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

---

| | | |
|---|---|---|
| LAURIE REINTS, | : | Civil Action No. 4:08-cv-456 |
| Plaintiff, | : | |
| vs. | : | |
| MIDLAND CREDIT MANAGEMENT, | : | |
| Defendant. | : | |

---

Plaintiff, Laurie Reints, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

_____/s_____
RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 335
West Des Moines, Iowa 50265
Phone:  (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com